IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| JAIME WILLS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>RADIOSHACK CORP.,<br><br>Defendant-Appellee. | Case No. 13-4661 |

SECRETARY OF LABOR'S MOTION FOR EXTENSION OF TIME
TO CONSIDER AND POTENTIALLY FILE AN AMICUS CURIAE BRIEF

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 26(b) and Second Circuit Local Rule 27.1(f), the Secretary of Labor ("Secretary"), through counsel, requests an extension of time of sixteen (16) days, up to and including April 11, 2014, to consider whether, and if authorized, to file an amicus curiae brief in support of the Appellant in the above-captioned case.

In support of this Motion, the Secretary states the following:

1. An amicus brief filed in support of the Appellant is currently due to be filed on March 26, 2014, seven days from the date on which the Appellant's brief is due. *See* Fed. R. App. Proc. 29(e).

2. The Secretary must prepare an amicus recommendation to request approval from the Solicitor General to file an amicus brief. The recommendation must be reviewed within the Office of the Solicitor of Labor by the Counsel for Appellate Litigation, Fair Labor Standards Division; the Associate Solicitor, Fair Labor Standards Division; and the Solicitor of Labor. To accommodate this review and to allow time to draft the brief assuming the amicus recommendation is approved by the Solicitor General, the recommendation must be prepared well in advance of the filing deadline for an amicus brief set by FRAP 29(e).

3. The Secretary must then submit her amicus recommendation to the Solicitor General and consult with the Solicitor General, a necessary step before filing an amicus brief with the Court. *See* 28 C.F.R. 0.20(c). In light of the competing litigation demands in the Solicitor General's office, this process will require additional time.

4. The issue presented in this appeal — whether, under the Fair Labor Standards Act ("FLSA"), an employer is precluded from utilizing the fluctuating workweek method of calculating overtime compensation set out in 29 C.F.R. 778.114 when it pays its non-exempt employees a non-discretionary bonus — is very important to the Secretary. The Secretary administers and enforces the FLSA, *see* 29 U.S.C. 204, 211(a), 216(c), 217, and thus has a substantial interest in ensuring that the FLSA's

2

overtime compensation requirement, see 29 U.S.C. 207, and the fluctuating workweek method of calculating overtime compensation set out in 29 C.F.R. 778.114 are interpreted accurately and consistently with the broad remedial purpose of the FLSA.

5. The attorney who would be responsible for drafting the Secretary's brief in the above-captioned case is scheduled to present oral argument before the Ninth Circuit on behalf of the Secretary in *Perez v. U.S. District Court Western District of Washington and State of Washington*. That argument is scheduled to take place on March 4, 2014. On June 20, 2013, the Secretary filed a Petition for Writ of Mandamus with the Ninth Circuit, arguing, among other things, that such a writ was necessary to correct the district court's clear error in ordering the Secretary to respond to three interrogatories that would necessarily reveal the identities of government informants who had provided information to the Department regarding violations of the FLSA by the employer. The informant's privilege is extremely important to the Secretary's enforcement of the FLSA; preparation for this argument will entail a significant amount of time.

6. The Counsel for Appellate Litigation, who would be responsible for the first-line review of the amicus brief filed in the above-captioned case, is also responsible for helping to

prepare for the oral argument in *Perez v. U.S. District Court Western District of Washington and State of Washington*.

    7.   Counsel for the Secretary has conferred with counsel for Appellant and Appellee. Counsel for Appellant does not oppose the Secretary's request. Counsel for Appellee RadioShack Corporation does not oppose the Secretary's request, but states that RadioShack Corporation intends to include in its Appellee's brief its response to any amicus curiae brief filed by the Secretary of Labor and requests that this Court confirm that the deadline for RadioShack Corporation's brief shall be set according to Local Rule 31.2(a).

Therefore, the Secretary respectfully requests that this Court grant an extension of sixteen days, up to and including April 11, 2014, in which to consider and potentially file an amicus brief in support of Appellees. The Secretary further requests that this Court confirm that the deadline for RadioShack Corporation's brief shall be set according to Local Rule 31.2(a).

    Respectfully submitted,

    M. PATRICIA SMITH
    Solicitor of Labor

    JENNIFER S. BRAND
    Associate Solicitor

    PAUL L. FRIEDEN
    Counsel for Appellate Litigation


    _/s Rachel Goldberg_____
    RACHEL GOLDBERG
    Senior Attorney
    U.S. Department of Labor
    200 Constitution Avenue, N.W.
    Room N-2716
    Washington, D.C. 20210
    (202) 693-5555

CERTIFICATE OF SERVICE

    I certify that a copy of the Secretary of Labor's Motion for Extension of Time was served electronically through this Court's CM/ECF filing system on the following individuals on this _25th_ day of February, 2014:

Jason R. Bristol
Joshua R. Cohen

Charles A. Bird
James S. McNeill
John R. Oh

                                        __/s Rachel Goldberg_____
                                        Rachel Goldberg
                                        Senior Attorney
                                        U.S. Department of Labor
                                        Office of the Solicitor
                                        Room N2716
                                        200 Constitution Avenue, N.W.
                                        Washington, D.C. 20210
                                        (202) 693-5555