# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand and fifteen.

Before:     José A. Cabranes,
                   *Circuit Judge.*

_____

Jaime Wills, on behalf of himself and all others similarly situated,
    Plaintiff-Appellant,

          **ORDER**
          Docket No. 13-4661

    v.

Radioshack Corporation,
    Defendant-Appellee.

_____

     This Court has been notified that Appellee Radioshack Corporation recently filed a bankruptcy proceeding with the United States Bankruptcy Court for the District of Delaware.

     In accordance with United States Bankruptcy Code, 11 U.S.C. § 362,

     IT IS HEREBY ORDERED that the above-captioned appeal is stayed.

     Appellant is directed to inform this Court, in writing, as to the status of the automatic stay within 30 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when other developments in the bankruptcy proceeding permit this matter to proceed or otherwise be resolved.

                                                     For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court