# Cohen Rosenthal & Kramer LLP

Attorneys at Law
700 West St. Clair Avenue, Suite 400
Cleveland, Ohio 44113
Tel: (216) 781-7956 • Fax: (216) 781-8061
www.crklaw.com

March 16, 2015

Ms. Dana Elwood
Case Manager
United States Court of Appeals
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**   *Wills vs. RadioShack Corporation*
              Case No. 13-4661

Dear Ms. Elwood:

Pursuant to the Court's February 13, 2105 Order [Dkt. 132], Appellant Jamie Wills hereby notifies the Court that RadioShack's voluntary petition for relief under Title 11 of the United States Code remains active and pending in the United States Bankruptcy Court for the District of Delaware, Case No. 15-10197-KJC. As a result, the stay in above-referenced action continues by operation of 11 U.S.C. § 362.

                                                  Very truly yours,

                                                  Jason R. Bristol

JRB: mmi
cc:     Charles A. Bird, Esq.
         James S. McNeill, Esq.
         John R. Oh, Esq.
         Robert W. Pritchard, Esq.
         Daniel L. Thieme, Esq.
         Tammy McCutchen, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2015, a copy of the foregoing document was filed using the United States Court of Appeals for the Second Circuit's ECF system, through which this document is available for viewing and downloading, causing notice of electronic filing to be served upon all counsel of record.

/s/ Jason R. Bristol